FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 22 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO RODRIGUEZ MORALES, <br> Petitioner, <br> v. <br> WARDEN, <br> Respondent. | Case No. CV 13-01748 CJC (AN) <br><br> JUDGMENT |

For the reasons set forth in the accompanying Order, IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed without prejudice.

DATED: March 20, 2013

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 22 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY